296 F.2d 735
 AMERICAN HOME ASSURANCE COMPANY
v.
TRAILERCOACH, INC.
 No. 6773.
 United States Court of Appeals Tenth Circuit.
 August 30, 1961.
 
 Appeal from the United States District Court for the Northern District of Oklahoma.
 Philip N. Landa and E. D. Hieronymus, Tulsa, Okl., for appellant.
 J. C. Pinkerton and James R. Eagleton, Tulsa, Okl., for appellee.
 Before MURRAH, Chief Judge, and BREITENSTEIN, Circuit Judge.
 PER CURIAM.
 
 
 1
 Appeal dismissed on motion of appellant.